UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Duane Baughman, et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>Petra Christina Beter, et al.,<br><br>                Defendants. | 24CV8530<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall have until **December 9, 2024** to respond ex parte to the motion to withdraw. She may do so by emailing her response, if any, to TarnofskyNYSDChambers@nysd.uscourts.gov. Mr. Bryson shall provide a copy of this order to Plaintiff by email by **December 6, 2024**. I will hold a telephone conference at 8:45am on Tuesday, **December 11, 2024**, at which time I expect to address Mr. Bryson's application to withdraw with him in a breakout room. I have been advised that Judge Woods has accepted the case from the District of Massachusetts as related, and I intend to enter this order on that docket as well; it is my expectation that counsel in that case will attend. Parties are directed to dial (646) 453-4442, Access Code: 551 959 018#.

DATED:  December 6, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge