UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>PETRA CHRISTINA BETER<br><br>Defendant. | 24-CV-8530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the December 10, 2024 conference, the deadline for completing all discovery, except the deposition of Mr Schoen, is extended until **January 31, 2025**; the deadline for Mr Schoen's deposition remains February 15, 2025. The depositions of Petra Beter and Duane Baughman, which had been scheduled to be held next week, will be rescheduled. Counsel Ian Bryson is directed to provide a copy of this order to Ms. Beter by email and to file a letter on the docket by December 12, 2024 confirming that he has done so.

DATED:     December 11, 2024
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge