UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Duane Baughman,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Petra Christina Beter,<br><br>                    Defendant. | 24cv8530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The case management schedule is amended as follows:

Ms. Petra Christina Beter shall have until **January 31, 2025** to either retain new counsel, as demonstrated by such new counsel filing a notice of appearance on the docket, or to file a pro se notice of appearance on the docket by filling out, signing, and attaching to an email the SDNY Pro Se Notice of Appearance form, which may be accessed at https://nysd.uscourts.gov/node/826. The email must be addressed to ProSe@nysd.uscourts.gov. The form must be in PDF format and include the case caption "24-cv-00079-GHW-RFT Beter v. Baughman et al " in the subject line of the email.

The deadline for completing fact discovery is extended until **February 28, 2025**.

A settlement conference will be held on **March 11, 2025 at 2:00 P.M.**, to be held by video conference. The Courtroom Deputy will send the conference details to counsel. The Courtroom Deputy will send the conference details to counsel. If this date is not convenient for the parties, counsel should propose three alternative dates and times for the settlement conference during the week of March 11, 2025 by emailing my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by January 10, 2025. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **March 4, 2025,** at 5:00 p.m. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

The deadline for completing expert discovery is extended until **April 15, 2025.**

The parties shall provide joint updates on the status of discovery on the following dates:

**February 15, 2025**; **February 28, 2025**; **March 31, 2025**; **April 15, 2025.**

The parties shall be ready for trial by **June 15, 2025**.

DATED:  December 19, 2024　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge