UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, et al.,<br><br>                Plaintiff,<br><br>  -against-<br>PETRA CHRISTINA BETER, et al.,<br><br>                Defendant. | 24cv08530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The depositions of Defendant and her sister are adjourned to dates convenient to all parties. The deadline for completing all outstanding fact discovery is extended from February 28, 2025 until April 14, 2025. The deadline for completing expert discovery is extended from April 15, 2025 until May 30, 2025. I do not anticipate further extensions of these deadlines absent very good cause shown. The settlement conference scheduled for March 11, 2025 is adjourned and will be rescheduled in a separate order.

DATED: February 10, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge