UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, et al., <br><br> Plaintiff, <br><br> -against- <br> PETRA CHRISTINA BETER, et al., <br><br> Defendant. | 24cv08530 (GHW) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The discovery deadline in both related cases is extended until **June 16, 2025**. The settlement conference is rescheduled for **Tuesday, June 24, 2025 at 2:00 p.m,** to be held by video conference. The Courtroom Deputy will send the conference details to counsel. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 17, 2025, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  I do not anticipate granting any further extensions of these deadlines.

  The Clerk of Court is respectfully requested to grant ECF 137.

DATED: May 9, 2025　　　　　　　　　　　　SO ORDERED.
     New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge