Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Bennet J. Moskowitz**
D 212.704.6087
bennet.moskowitz@troutman.com

Application granted.

Date: August 28, 2025
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

August 28, 2025

**BY ECF**

Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Baughman et al. v. Beter;* **1:24-cv-08530 (S.D.N.Y.)**
**Unopposed Request for Extension to File Dispositive Motion**

Dear Judge Tarnofsky,

We represent Defendant Petra Beter in the above-referenced action. We hereby request a four-day extension of time to file Ms. Beter's Motion for Summary Judgment. The Court's July 7, 2025 Order directs the parties to file any dispositive motions by September 1, 2025, oppositions by October 1, 2025, and replies by November 15, 2025. [ECF 155.]

September 1, 2025, is a public holiday; November 15, 2025, is a Saturday. Therefore, and because we require some additional time to finish preparing Ms. Beter's Motion for Summary Judgment, we request that Ms. Beter be permitted to file her Motion on September 5, 2025. Plaintiffs do not object to this request, provided, however, that they receive a commensurate four-day extension, to October 5, 2025, to file their opposition briefs; in which case we request until November 19 to file a reply.

This is our first request for an adjournment of these deadlines.[1]

---

[1] When this matter was pending in the United State District Court of Massachusetts, Defendant Beter moved to extend her time to answer the Complaint [ECF 27] and, separately, to make her initial disclosures [ECF 50]. In this Court, Defendant Beter previously filed moved for an extension of time to file pre-conference submissions [ECF 149]. Plaintiffs previously moved to request an extension of time to complete discovery [ECF 108, 124].

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP


*Bennet J. Moskowitz*

318783639v2