UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE BAUGHMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>PETRA CHRISTINA BETER, et al.,<br><br>　　　　　　　　　Defendants. | 24-CV-8530 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Pending before me is Beter's application to file portions of the papers supporting her motion for partial summary judgement under seal (ECF 168). The application is GRANTED temporarily; I will re-consider the merits of the application after the partial summary judgment motion is fully briefed.

　　The Clerk of Court is respectfully requested to terminate ECF 168.

DATED:　September 11, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge