```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    DUANE BAUGHMAN, *et al.*,                 :
                                                               :
                             Plaintiffs,     :
                                                               :
          -against-                                 :
                                                               :
    PETRA CHRISTINA BETER,                       :
                                                               :
                             Defendant.     :
                                                               :         1:24-cv-8530-GHW-RFT
-------------------------------------------------------------- X
-------------------------------------------------------------- X         1:24-cv-79-GHW-RFT
                                                               :
    PETRA CHRISTINA BETER,                       :         ORDER
                                                               :
                             Plaintiff,       :
                                                               :
          -against-                                 :
                                                               :
    DUANE BAUGHMAN, *et al.*,                    :
                                                               :
                             Defendants.    :
                                                               :
--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On October 3, 2025, the parties stipulated to the dismissal of Count Three in the case captioned 1:24-cv-8530 against Defendant. Dkt. No. 176. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court dismisses Count Three with prejudice. Defendant Beter also withdrew her motion for summary judgment.

      The Court understands that following the withdrawal of Defendant Beter's motion for summary judgment, both of the above-captioned cases are ready for trial. The Court will hold a teleconference regarding pretrial submissions and scheduling on October 23, 2025 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the

conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.  No later than October 16, 2025, the parties are directed to submit a joint letter via ECF stating the parties' respective positions on the length of a trial.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 164.

    SO ORDERED.

Dated: October 3, 2025

_____
GREGORY H. WOODS
United States District Judge