UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025
```

-----------------------------------------------------------------X

PETRA CHRISTINA BETER,                          :
                                                :
                              Plaintiff,         :
                                                :          1:24-cv-79-GHW-RFT
               -v -                              :
                                                :          1:24-cv-8530-GHW-RFT
DUANE BAUGHMAN, *et al.*,                        :
                                                :          ORDER
                              Defendants.         :
----------------------------------------------------------------- X
-----------------------------------------------------------------X

DUANE BAUGHMAN, *et al.*,                        :
                                                :
                              Plaintiffs,        :
                                                :
               -v -                              :
                                                :
PETRA CHRISTINA BETER.,                          :
                                                :
                              Defendant.         :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

A jury trial in these matters will begin on **Monday, June 15, 2026 at 9:00 a.m.**[1] The Court will hold a final pretrial conference in these cases on **Thursday, May 21, 2026 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later **April 3, 2026**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's

---

[1] As discussed on the conference held on October 23, 2025, the parties are directed to submit their proposed joint motion for a consolidated trial the above-captioned matters no later than November 6, 2025. This order sets deadlines assuming without holding that the trial in these matters will be consolidated.

Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      SO ORDERED.

Dated:  October 23, 2025
New York, New York

                                       GREGORY H. WOODS
                                  United States District Judge